STEPHEN J. SIMONI
StephenSimoniLAW@Gmail.com
**SIMONI CONSUMERS**
    **CLASS ACTION LAW OFFICES**
c/o Jardim, Meisner & Susser, P.C.
30B Vreeland Road, Ste. 100
Florham Park, NJ 07932
Telephone:  (917) 621-5795

*Counsel for Plaintiffs*
    *and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

| | |
|---|---|
| STEPHEN SIMONI,<br>    Individually and on behalf<br>    of all others similarly<br>    situated ("**Consumers**"),<br><br>      Plaintiffs,<br><br>vs.<br><br><br>CELLCO PARTNERSHIP d/b/a<br>  VERIZON WIRELESS and<br>  DOES 1 through 10, inclusive,<br><br>      Defendants. | No. 3:20-cv-20513 (MAS)<br><br>**DISMISSAL**<br>**WITHOUT PREJUDICE** |

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss the above captioned action without prejudice.

Dated:  Jan. 29, 2021      Respectfully submitted,

                                  By: /s/__Stephen J. Simoni_
                                        STEPHEN J. SIMONI

**So Ordered this 1st day of February, 2021.**

_____
**Honorable Michael A. Shipp, U.S.D.J.**

1